RUSSELL L. LOW, ESQ. RLL-4745
LOW & LOW, ESQS.
505 Main Street  -  Suite 304
Hackensack, New Jersey    07601
(201) 343-4040
Attorneys for Debtor

**Order Filed on December 12, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

|  |  |  |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Maruja Carrascoso | : | CHAPTER 13 |
|  | : | CASE NO. 18-34010 |
|  | : | HONORABLE STACEY L. MEISEL |
| Debtor. | : | Hearing Date: TBD |

### ORDER IMPOSING THE AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: December 12, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having been presented to the Court by Russell L. Low, Esq. and, for good cause it is

**ORDERED** that:

the Automatic Stay is Imposed as to SPS/Deutsche Bank National Trust Co., American Finance Corp., and as to all Creditors effective the date of this Order.