UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Deutsche Bank, et al.

In Re:

Maruja Carrascoso,

Debtor.

Case No.:     18-34010-SLM

Chapter:     13

Hearing Date:     8/28/2019

Judge:     Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 9-10 5th Street, Fair Lawn, NJ (Docket # 34)

_____

Date: 8/27/2019                              /s/ Denise Carlon
                                             Signature

*rev.8/1/15*