Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18–34010–SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Maruja Carrascoso
9–10 5th Street
Fair Lawn, NJ 07410

Social Security No.:
xxx–xx–2238

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on and a confirmation hearing on such Plan has been scheduled for .

The debtor filed a Modified Plan on 09/24/2019 and a confirmation hearing on the Modified Plan is scheduled for 11/13/2019 at 08:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: September 24, 2019
JAN: dlr

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                      Case No. 18-34010-SLM
Maruja Carrascoso                                           Chapter 13
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2         Date Rcvd: Sep 24, 2019
                              Form ID: 186             Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2019.
db             +Maruja Carrascoso,    9-10 5th Street,    Fair Lawn, NJ 07410-6100
517908532      +American Finance Corp.,    National Bankrupcty Center,    PO Box 168088,   Irving, TX 75016-8088
517908536      +KML Law Group P.C.,    216 Hadden Ave,    Ste 406,   Collingswood, NJ 08108-2812
517908537      +Midland Funding,    PO Box 2001,    Warren, MI 48090-2001
517908538      +SPS/Deutsche Bank National Truct Co.,    PO Box 65450,    Salt Lake City, UT 84165-0450

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 24 2019 23:48:39      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 24 2019 23:48:36       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
crcm           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 24 2019 23:57:50
                 Synchrony Bankc/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517951477       E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 24 2019 23:48:49
                 American Honda Finance Corporation,    National Bankruptcy Center,   P.O. Box 168088,
                 Irving, TX 75016-8088
517908534      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 24 2019 23:48:12      COMENITYCB/LENDINGCLUB,
                 PO BOX 182120,   COLUMBUS, OH 43218-2120
518026903       E-mail/Text: jennifer.chacon@spservicing.com Sep 24 2019 23:49:31
                 Deutsche Bank National Trust Company, et al,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,   Salt Lake City, UT 84165-0250
518474550      +E-mail/Text: cio.bncmail@irs.gov Sep 24 2019 23:47:54      Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia PA 19101-7346
517997666      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 24 2019 23:48:36      Midland Funding LLC,
                 PO BOX 2011,   Warren, MI 48090-2011
517955367       E-mail/Text: bnc-quantum@quantum3group.com Sep 24 2019 23:48:26
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,   PO Box 788,   Kirkland, WA 98083-0788
517909026      +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2019 23:57:09      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517908539      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 24 2019 23:47:21
                 VERIZON,   PO BOX 650584,    DALLAS, TX 75265-0584
518007371      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 24 2019 23:57:03      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517908535*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:    Internal Revenue Services,    Special Processing Branch,   PO Box 724,
                 Springfield, NJ 07081)
517908533      ##+AMERIFINANCIAL SOLUTIO,    PO BOX 7,   VASSAR, MI 48768-0007
                                                                                TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2019                                    Signature: /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2               Date Rcvd: Sep 24, 2019
                              Form ID: 186               Total Noticed: 17
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on
               behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on
               behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13
               rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Maruja  Carrascoso rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```