UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

Order Filed on October 16, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Maruja Carrascoso

| | |
|---|---|
| Case No.: | 18-34010 |
| Chapter: | 13 |
| Judge: | SLM |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 16, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __December 7, 2018__ :

Property: _____9-10 5th Street Fair Lawn NJ 07410_____

Creditor: _____SPS_____

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____~~Russell L. Low~~ the Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____1/11/20_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2