RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 18-34010

| Re: | MARUJA CARRASCOSO | Atty: | RUSSELL L LOW ESQ |
|---|---|---|---|
| | 9-10 5TH STREET | | LOW & LOW ESQS |
| | FAIR LAWN, NJ 07410 | | 505 MAIN STREET, SUITE 304 |
| | | | HACKENSACK, NJ 07601 |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $30,000.00**

## RECEIPTS AS OF 01/15/2020      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/21/2018 | $500.00 | 1466914355 | 02/26/2019 | $500.00 | 24844598728 |
| 04/02/2019 | $500.00 | 25856481993 | 04/23/2019 | $500.00 | 5801667000 |
| 05/17/2019 | $500.00 | 5867757000 | 07/02/2019 | $500.00 | 26076055803 |
| 07/29/2019 | $500.00 | 6048169000 | 08/29/2019 | $500.00 | 6131657000 |
| 10/01/2019 | $500.00 | 6217743000 | 11/20/2019 | $500.00 | 26046964337 |
| 12/27/2019 | $500.00 | 6431756000 | | | |

**Total Receipts: $5,500.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $5,500.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020      (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 272.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,750.00 | 100.00% | 4,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERIFINANCIAL SOLUTIO | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICAN HONDA FINANCE CORPORAT | UNSECURED | 373.19 | * | 0.00 | |
| 0003 | QUANTUM3 GROUP LLC | UNSECURED | 3,190.69 | * | 0.00 | |
| 0004 | UNITED STATES TREASURY/IRS | PRIORITY | 1,772.27 | 100.00% | 0.00 | |
| 0006 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 4,263.56 | * | 0.00 | |
| 0007 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0009 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 449.55 | * | 0.00 | |
| 0011 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 720.23 | * | 0.00 | |
| 0012 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 482.80 | * | 0.00 | |
| 0013 | UNITED STATES TREASURY/IRS | UNSECURED | 882.60 | * | 0.00 | |
| 0014 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0015 | INTERNAL REVENUE SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | SELECT PORTFOLIO SERVICING INC | (NEW) MTG Agree | 531.00 | 100.00% | 0.00 | |

**Total Paid:  $5,022.00**
See Summary

**Chapter 13 Case # 18-34010**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $5,500.00         -      Paid to Claims: $0.00        -      Admin Costs Paid: $5,022.00      =     Funds on Hand: $478.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.