Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18–34010–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Maruja Carrascoso
  9–10 5th Street
  Fair Lawn, NJ 07410

Social Security No.:
  xxx–xx–2238

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/26/20 at 10:00 AM

to consider and act upon the following:

*56* – Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Maruja Carrascoso. Objection deadline is 1/30/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Low, Russell)

*59* – Objection to Debtors Application for Extension of Loss Mitigation Period (related document:56 Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Maruja Carrascoso. Objection deadline is 1/30/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Maruja Carrascoso) filed by Denise E. Carlon on behalf of Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass–Through Certificates, Series 2005–AR13. (Attachments: # 1 Exhibit "A" # 2 Certificate of Service) (Carlon, Denise)

Dated: 1/31/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court