# *LOW & LOW ATTORNEYS AT LAW, LLC*

*505 Main Street, Suite 304*           Tel: (201) 343-4040
*Hackensack, New Jersey 07601*         Fax: (201)-488-5788

**STANLEY W. LOW**                                    **RUSSELL L. LOW**

February 26, 2020

Honorable Stacey L. Meisel
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3A

Re: Case No. 18-34010, Maruaja Carrascoso

Dear Honorable Meisel,

   Please withdraw Docket No. 56, Application for Extension of Loss Mitigation Period. I apologize for any inconvenience this may have caused.

Thank you,

/s/ Russell L. Low

**Russell L. Low, Esq.**