Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−34010−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maruja Carrascoso
   9−10 5th Street
   Fair Lawn, NJ 07410

Social Security No.:
   xxx−xx−2238

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/18/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 18, 2020
JAN: rah

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                           Case No. 18-34010-SLM
Maruja Carrascoso                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2           Date Rcvd: May 18, 2020
                            Form ID: 148             Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2020.
db            +Maruja Carrascoso,    9-10 5th Street,    Fair Lawn, NJ 07410-6100
517908532     +American Finance Corp.,    National Bankrupcty Center,    PO Box 168088,    Irving, TX 75016-8088
517908536     +KML Law Group P.C.,    216 Hadden Ave,    Ste 406,    Collingswood, NJ 08108-2812
517908537     +Midland Funding,    PO Box 2001,    Warren, MI 48090-2001
517908538     +SPS/Deutsche Bank National Truct Co.,    PO Box 65450,    Salt Lake City, UT 84165-0450

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 18 2020 23:33:04      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ    07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 18 2020 23:33:01      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
crcm          +EDI: PRA.COM May 19 2020 02:58:00      Synchrony Bankc/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517951477      EDI: HNDA.COM May 19 2020 02:58:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
517908534     +EDI: WFNNB.COM May 19 2020 02:58:00      COMENITYCB/LENDINGCLUB,    PO BOX 182120,
                 COLUMBUS, OH 43218-2120
518026903      E-mail/Text: jennifer.chacon@spservicing.com May 18 2020 23:33:41
                 Deutsche Bank National Trust Company, et al,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
518474550     +EDI: IRS.COM May 19 2020 02:58:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia PA 19101-7346
517997666     +EDI: MID8.COM May 19 2020 02:58:00      Midland Funding LLC,    PO BOX 2011,
                 Warren, MI 48090-2011
517955367      EDI: Q3G.COM May 19 2020 02:58:00      Quantum3 Group LLC as agent for,    MOMA Trust LLC,
                 PO Box 788,    Kirkland, WA   98083-0788
517909026     +EDI: RMSC.COM May 19 2020 02:58:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517908539     +EDI: VERIZONCOMB.COM May 19 2020 02:58:00      VERIZON,    PO BOX 650584,    DALLAS, TX 75265-0584
518007371     +EDI: AIS.COM May 19 2020 02:58:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517908535*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Services,    Special Processing Branch,    PO Box 724,
                 Springfield, NJ 07081)
517908533     ##+AMERIFINANCIAL SOLUTIO,    PO BOX 7,    VASSAR, MI 48768-0007
                                                                                TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: May 18, 2020
                                  Form ID: 148             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2020 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on
               behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on
               behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13
               rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Maruja  Carrascoso ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```